IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KELLY KLEIN,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 8:21-cv-00476-PX<br>) |
| **SINCLAIR BROADCAST GROUP, INC.,** *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### DEFENDANTS' LOCAL RULE 103.3 DISCLOSURES

Defendants Sinclair Broadcast Group, Inc. and Ring of Honor Wrestling Entertainment, LLC, hereby submit this Local Rule 103.3 Disclosure of Affiliations and Financial Interest.

Sinclair Broadcast Group, Inc. is publicly traded on the NASDAQ under ticker symbol SBGI.

Ring of Honor Wrestling Entertainment, LLC is a limited liability company. Its sole member is Sinclair Broadcast Group, Inc.

Chubb & Son, Inc. is an insurance carrier that may have a financial interest in the outcome of the litigation.

Dated: July 23, 2021

Respectfully submitted,

*/s/ Daniel E. Farrington*

_____
Daniel E. Farrington (#25755)
Fisher & Phillips LLP
7501 Wisconsin Avenue, Suite 1220W
Bethesda, MD 20814
Tel. (301) 951-1538
Fax (301) 880-5031
Email: dfarrington@fisherphillips.com

*Counsel for Defendants*